# FINANCIAL AFFIDAVIT

**CJA 23 (Rev. 11/11)**

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

**FILED** JUL 09 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE CASE OF: USA v. Doh
LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Oliver Doh

- [x] 1. Defendant - Adult
- [ ] 2. Defendant - Juvenile
- [ ] 3. Appellant
- [ ] 4. Probation Violator
- [ ] 5. Supervised Release Violator
- [ ] 5. Habeas Petitioner
- [ ] 7. 2255 Petitioner
- [ ] 8. Material Witness
- [ ] 9. Other (Specify)

DOCKET NUMBERS:
- Magistrate Judge:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE: Conveying a False Threat
- [ ] Felony
- [x] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment? early 90's
- How much did you earn per month? $ ___
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ ___
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- RECEIVED / SOURCES: has worked at local shops/clubs sweeping & cleaning for about $50/day
- IF YES, give the amount received and identify the sources $ ___

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, give value and description for each: VALUE $ ___ DESCRIPTION ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Single, ☐ Married, ☐ Widowed, ☐ Separated or Divorced
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: 3 yr old daughter

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)
- DESCRIPTION: 0
- TOTAL DEBT: $ ___
- MONTHLY PAYMENT: $ ___

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Oliver Doh

Date: 7/9/14