

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

Office of the Warden

71 W. Van Buren Street
Chicago, IL 60605

July 30, 2014

The Honorable Donald G. Wilkerson
United States Magistrate Judge
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

RE:         DOTTS, Oliver
Docket No:  3:14-mj-3074-DGW-1
Reg. No.:   06563-025

Dear Judge Wilkerson:

This is in response to your court order dated July 14, 2014, which committed Mr. Dotts for an examination pursuant to Title 18, United States Code, Section 4241. Mr. Dotts was designated to the Metropolitan Correctional Center (MCC), Chicago, Illinois, on July 18, 2014, and he arrived at the facility on July 25, 2014.

Your order permits 45 days to complete the evaluation. The time period for the evaluation commenced upon his arrival at our facility. It is anticipated the evaluation will be completed September 8, 2014. The report will be submitted to the Court within three weeks of completion of the evaluation. You can expect to receive the report by September 29, 2014.

If you should have any questions regarding the evaluation, please contact Dr. Christine Scronce at (312) 322-0567, ext. 1469. For any other questions, please contact me at (312) 322-0567, ext. 1500.

Sincerely,

S.M. Kuta
Warden